

**NUMBERS**

**13-14-0006-CR**
**13-14-0007-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RAUL GARZA SALAZAR,                                              Appellant,

v.

THE STATE OF TEXAS,                                              Appellee.

**On appeal from the 445th District Court**
**of Cameron County, Texas.**

# ORDER

**Before Chief Justice Valdez and Justices Rodriguez and Longoria**
**Order Per Curiam**

On June 19, 2014, we abated these appeals until the trial court disposed of appellant's motion for a free appellate record. *See* TEX. R. APP. P. 20.2. We have affirmed the trial court's order denying appellant's motion for a free appellate record in each of the appeal

1

case numbers in a separate opinion. *See Salazar v. State*, Nos. 13-14-00499, 500-CR. Currently pending are appellant's Motion to Abate Appeal Pending Decision of Pending Application for Writ of Habeas Corpus, an accompanying motion to take judicial notice of the application for habeas corpus, the State's motion for a thirty-day extension of time to file the appellate brief in these appeals, and appellant's motion for a sixty-seven day extension of time to file the transcript in this case.

In light of our disposition of appellant's challenge to the trial court's orders denying his motion for a free appellate record in each of the case numbers here, these cases are hereby REINSTATED. Appellant's motion to abate these appeals pending disposition of his application for the writ of habeas corpus is denied. The accompanying motion to take judicial notice of the application is dismissed as moot. Appellant's motion for an extension to file the transcript in this case is dismissed as moot. The State's motion for a thirty-day extension of time to file the appellee's brief is granted. The State's brief is due thirty days from the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
26th day of February, 2015.

2